

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00716-CR

**EX PARTE** George **TROTTI**,

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7385-W2
Honorable Ron Rangel, Judge Presiding

# O R D E R

On November 4, 2022, this court ordered Appellant to show cause regarding this court's jurisdiction to review his habeas appeal, which stemmed from a felony case. Appellant did not respond. Nevertheless, on this court's further review, the record showed that this court has jurisdiction over the appeal since Appellant pleaded nolo contendere to only one misdemeanor offense pursuant to a plea agreement with the State. *See Dahesh v. State*, 51 S.W.3d 300, 302 (Tex. App.—Houston [14th Dist.] 2000, pet. ref'd) (citing *Ex parte Jordan*, 659 S.W.2d 827, 828 (Tex. Crim. App. 1983)).

However, the clerk's record does not contain the trial court's certification regarding Appellant's right to appeal. *Contra* TEX. R. APP. P. 25.2(a)(2); *Ex parte Tarango*, 116 S.W.3d 201, 203 (Tex. App.—El Paso 2003, no pet.) (determining that certification requirement applies to orders "denying habeas corpus relief").

We ORDER the trial court to complete and provide to the Bexar County District Clerk a certification regarding the defendant's right to appeal within TWENTY DAYS of the date of this order. *See* TEX. R. APP. P. 34.5(c)(2); *accord Cortez v. State*, 420 S.W.3d 803, 806 (Tex. Crim. App. 2013) ("Under subsection (c)(2), the appellate court may order the trial court to prepare and file the certification of the defendant's right of appeal, and the trial-court clerk must prepare and file in the appellate court a supplemental record containing the certification.").

The supplemental clerk's record must be filed in this court within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.



_____

MICHAEL A. CRUZ, Clerk of Court